**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISON**

| | |
|---|---|
| NANCY SLAVEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:23-cv-2292 |
| ) | |
| THE TJX COMPANIES, INC. ) | |
| d/b/a TJ MAXX ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant, THE TJX COMPANIES, INC., d/b/a TJ MAXX by counsel, Jennifer E. Davis of Garan Lucow Miller, P.C., respectfully notify this Court of the Removal of the above-captioned cause from the Lake Superior Court, State of Indiana, pursuant to 28 U.S.C. Section 1332(a), 28 U.S.C. Section 1441 and 28 U.S.C. 1446 and in support thereof, state as follows:

1. This action is being removed to the United States District Court for the Southern District Indiana, Indianapolis Division, on the basis of diversity of citizenship.

2. On November 21, 2023 Plaintiff filed in the Hamilton Superior Court, State of Indiana, a Summons and Complaint in the above-titled civil action under Cause Number 29D02-2311-CT-011037.

3. A copy of the Complaint and Summons was served upon the Defendant, The TJX Companies, Inc., d/b/a TJ Maxx on November 30, 2023.

4. This action is a civil action for which this Honorable Court has jurisdiction pursuant to 28 U.S.C. 1332 (a)(1) and 1332(b), and is one that may be removed pursuant to U.S.C. Section 1441, as Plaintiff's claimed damages allegedly exceeding $75,000.00, including incurred medical specials in excess of $125,000.00, related to the allegations contained in

Plaintiff's Complaint that the Plaintiff, Nancy Slaven, was injured when she tripped and fell on a folding table, which was not used properly and had been laid flat on the ground for the purpose of displaying items for sale in the store.

5. This Petition for Removal is being filed with the Court within thirty (30) days after Plaintiff's Complaint was first served on Defendant, The TJX Companies, Inc. d/b/a TJ Maxx.

6. The Plaintiff is domiciled in Hamilton County Indiana and is, therefore, a citizen of Indiana.

7. The Defendant, The TJX Companies, Inc., d/b/a TJ Maxx is a Massachusetts Corporation with its principal place of business at 770 Conchituate Road, Framingham, Massachusetts.

8. The Hamilton County Superior Court is within the venue of the United States District Court for the Southern District of Indiana.

9. Copies of all pleadings filed in the state court action that are in possession of Defendant The TJX Companies, Inc., d/b/a TJ Maxx are attached as Exhibit "A."

10. Contemporaneously herewith, written notice is being provided to all adverse parties and to the Clerk of the Hamilton County Superior Court, that this Notice of Removal is being filed in this Court.

**WHEREFORE**, Defendant, The TJX Companies, Inc., d/b/a TJ Maxx, by counsel, hereby notify this Honorable Court of the removal of this action from the Hamilton Superior Court, State of Indiana, to the United States District Court for the Southern District of Indiana, Hammond Division.

Respectfully submitted,

/s/ Jennifer E. Davis_____
Jennifer E. Davis, #20853-64
jdavis@garanlucow.com

Garan Lucow Miller, P.C.
8585 Broadway, Suite 480
Merrillville, IN  46410

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Laurie D. Johnson
Eric J. Benner
BOJE, BENNER, BENNER,
MARKOVICH & HIXSON, LLP
1312 Maple Avenue
Noblesville, IN 46060
*Attorneys for Plaintiff*

/s/ Jennifer E. Davis_____
Jennifer E. Davis, #20853-64

Garan Lucow Miller, P.C.
8585 Broadway, Suite 480
Merrillville, IN  46410
(219) 756-7901
(219) 756-7902